In the Matter of the Application of ALEXANDER & REID COMPANY et al., Appellants.

IRVING TRUST COMPANY, as Trustee, et al., Respondents.

In the Matter of the Application of ALEXANDER & REID COMPANY et al.

LIBBY'S HOTEL CORPORATION et al., Appellants; IRVING TRUST COMPANY, as Trustee, et al., Respondents.

(Argued March 14, 1932; decided April 26, 1932.)

*Clarence J. Shearn* for motions.

*Charles L. Craig* opposed.

Motions denied with leave to renew on argument of appeals.